**GENERAL REFRACTORIES COMPANY, Movant, v. John SWETMAN, Opposed.**

Court of Appeals of Kentucky.

March 11, 1949.

See also 303 Ky. 427, 197 S. W. 2d 908.

Thos. D. Theobald, Jr. and John M. Theobald for movant.

Lester Hogge opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**Swoonie COOMER, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

March 18, 1949.

H. L. Rudd, F. T. Allen and E. C. Roberts for movant.

A. E. Funk, Attorney General, and Zeb A. Stewart, Assistant Attorney General, opposed.

PER CURIAM.

Conviction of movant in the Wolfe circuit court of maintaining a public nuisance with a fine of $500 assessed by the jury. The record fails to disclose any judgment pronounced on the verdict. Therefore, the motion for an appeal is dismissed. However, the transcript filed in this court discloses no error in the court below.